**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MARBLE BLAIR,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:15-cv-467-O** |
| | § | |
| **COLLABERA, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 5. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 2) is **DENIED**.

It is **FURTHER ORDERED** that Plaintiff's Complaint will be subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b) unless Plaintiff pays to the Clerk of Court the filing and administrative fees of **$400.00**[1] no later than **July 22, 2015**.

**SO ORDERED** on this **15th day** of **July, 2015**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] In addition to the filing fee of $350.00, the District Court Miscellaneous Fee Schedule, effective May 1, 2013, requires payment of an administrative fee for filing a civil action in district court of $50.00.  *See* 28 U.S.C. § 1914(a); District Court Miscellaneous Fee Schedule, note 14.